1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MARC DAYS, CA Bar #184098
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  JAMES ROBERT VAUGHN

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| | | |
|---|---|---|
| 11 | UNITED STATES OF AMERICA, ) | NO. 1:12-CR-00018 AWI |
| 12 | Plaintiff, ) | STIPULATION TO ADVANCE SENTENCING HEARING;  ORDER |
| 13 | v. ) | |
| 14 | JAMES ROBERT VAUGHN, ) | Date:  June 18, 2012 |
| 15 | Defendant. ) | Time:  10:00 A.M. Judge: Hon. Anthony W. Ishii |
| 16 | ) | |

17

18     **IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their

19  respective attorneys of record herein, that the sentencing hearing in the above captioned matter now

20  scheduled for July 2, 2012, **may be advanced to June 18, 2012 at 10:00 a.m.**

21     This continuance is requested by counsel for the defendant because the parties are prepared to

22  proceed at this time.

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1 | Exclusion of time to complete sentencing is not required.

2 | LAWRENCE G. BROWN
3 | Acting United States Attorney

4 | DATED: June 14, 20129    By  /s/ Brian Enos
   | BRIAN ENOS
5 | Assistant United States Attorney
   | Attorney for Plaintiff

6 |

7 | DANIEL J. BRODERICK
   | Federal Defender
8 |

9 | DATED: June 14, 2012    By  /s/ Marc Days
   | MARC DAYS
10 | Assistant Federal Defender
   | Attorney for Defendant
11 | JAMES ROBERT VAUGHN

12 |

13 | **ORDER**

14 |

15 | IT IS SO ORDERED.

16 |
   | Dated:   June 15, 2012
17 | CHIEF UNITED STATES DISTRICT JUDGE